UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANGELA M. KALTENBACH,**

    **Plaintiff,**

v.

**KILOLO KIJAKAZI**,
**Acting Commissioner of Social Security,**

    **Defendant.**

Case No. 2:20-cv-4314
Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

This matter is before the Court for consideration of the Objections filed by the Plaintiff, Angela M. Kaltenbach (ECF No. 17) to the Report and Recommendation of the Magistrate Judge recommending that the decision of the Commissioner of the Social Security Commissioner denying benefits be affirmed (ECF No. 16).

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, after a *de novo* and careful determination of the record, the Court concludes that the decision of the Commissioner "is supported by substantial evidence and was made pursuant to proper legal standards." *Rogers v. Comm'r of Soc. Sec.*, 486 F. 3d 234, 241 (6th Cir. 2007). The issues raised in Plaintiff's Objection were considered and correctly addressed by the Magistrate Judge.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. (ECF No. 17.) The decision of the Commissioner denying

disability benefits in this case is **AFFIRMED**. Judgment shall be rendered in favor of the Commissioner. The Clerk shall terminate this case from the Court's docket.

**IT IS SO ORDERED**.

/s/Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**